IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CROSSROADS CARRIERS LLC and JENNIFER CROSS, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 9:22-CV-62-MJT-CLS |
| TX ACES LOGISTICS and MICHELLE LYLES, | § § § | |
| *Defendants*. | § § | |

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiffs, Crossroads Carriers, LLC and Jennifer Cross ("Plaintiffs") bring this action for breach of contract against Defendants TX Aces Logistics and Michelle Lyles, ("Defendants"). The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this Court. On May 30, 2023, the Magistrate Judge entered a Report and Recommendation [Dkt. 32] in which she recommended granting the Plaintiffs' Motion for Default Judgment [Dkt. 31]. To date, the Court has not received any objections.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 32] is ADOPTED.  The Plaintiffs' Motion for Default Judgment [Dkt. 31] is GRANTED.

**SIGNED this 21st day of June, 2023.**

Michael J. Truncale
United States District Judge